## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| MARK WESLEY TRULL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:15cv610 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (ECF 17), filed on March 10, 2016, recommends that the complaint be dismissed without prejudice for failure to prosecute. FED R. CIV. P. 41(b). The Court received an acknowledgment of receipt revealing that Plaintiff received the Report and Recommendation on September 2, 2016. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute. FED R. CIV. P. 41(b).

So **ORDERED** and **SIGNED** this **20** day of **September, 2016.**

_____
Ron Clark, United States District Judge

1